IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LEE COBBS,                          No. 2:02-cv-1529-MCE-JFM-P

      Petitioner,

   v.                                       ORDER

TOM L. CAREY, Warden, et al.,

      Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's April 24, 2006, denial of his Application for a Writ of Habeas Corpus.  Before Petitioner can appeal this decision, a Certificate of Appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). ///

1

1  The Certificate of Appealability must "indicate which specific

2  issue or issues satisfy" the requirement.  28 U.S.C.

3  § 2253(c)(3).

4      A Certificate of Appealability should be granted for any

5  issue that petitioner can demonstrate is "'debatable among

6  jurists of reason,'" could be resolved differently by a different

7  court, or is "'adequate to deserve encouragement to proceed

8  further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.

9  2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

10     Petitioner has made a substantial showing of the denial of a

11 constitutional right in the following issues presented in the

12 instant petition:  (1) whether the trial court erred in denying

13 his request for a "claim-of-right" jury instruction; (2) whether

14 there is insufficient evidence the shooting was the natural and

15 probable consequence of an unarmed assault; (3) if the evidence

16 is not insufficient as a matter of law, whether the trial court

17 erred in denying his request for a jury instruction to the effect

18 that the shooting was not a natural and probable consequence of

19 the target act if it was the independent act of one of the

20 participants;

21 ///

22 ///

23 ─────────────────────

24     [1]  Except for the requirement that appealable issues be
   specifically identified, the standard for issuance of a
25 certificate of appealability is the same as the standard that
   applied to issuance of a certificate of probable cause.
26 Jennings, at 1010.

1  (4) whether the jury instructions improperly permitted the jury

2  to consider whether the crime of murder in the abstract is a

3  natural and probable consequence of the crime of assault in the

4  abstract; (5) whether the natural and probable consequence

5  doctrine improperly permits conviction based on ordinary

6  negligence; (6) whether the natural and probable consequence

7  doctrine creates an unconstitutional presumption; (7) whether the

8  trial court erred in admitting expert testimony on petitioner's

9  state of mind and guilt of the offenses; (8) whether the trial

10 court erred in denying his motion to strike his prior juvenile

11 adjudication; and (9) whether petitioner was prejudiced by denial

12 of the right to a continuous preliminary hearing.

13      Petitioner has also filed a Request for Appointment of

14 Counsel on appeal.  That request will be denied without prejudice

15 to its renewal in the Court of Appeals for the Ninth Circuit.

16      Accordingly, IT IS HEREBY ORDERED that:

17      1.  A Certificate of Appealability is issued in the present

18 action; and

19      2.  Petitioner's May 16, 2006, Request for the Appointment

20 of Counsel on appeal is denied without prejudice to its renewal

21 in the Court of Appeals for the Ninth Circuit.

22 DATED: June 1, 2006

23

24

25                                    _____
                                     MORRISON C. ENGLAND, JR
26                                   UNITED STATES DISTRICT JUDGE

3