**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

December 5, 2006

Ms. Barbara Michel
Attorney at Law
P.O. Box 12535
Berkeley, CA 94712

FILED
DEC - 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Re:  **Cobbs v. Carey**
     Civ.S-02-1529-MCE/JFM

Dear Ms. Michel:

This will confirm your appointment as counsel by the Honorable John F. Moulds, U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:  Clerk's Office
     Ninth Circuit Court of Appeals

| | | | | | |
|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>09C | 2. PERSON REPRESENTED<br>COBBS, Ricky Lee | | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>Civ.S-02-1529-MCE/JFM | | 5. APPEALS DKT./DEF. NUMBER<br>06-16047 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Cobbs v. Carey | 8. PAYMENT CATEGORY<br>Appeal | | 9. TYPE PERSON REPRESENTED<br>Appellant | | 10. REPRESENTATION TYPE<br>CA |

11. OFFENSE(S) CHARGED
Appeal from the denial of a habeas corpus

12. ATTORNEY'S NAME AND MAILING ADDRESS
Ms. Barbara Michel, Esq.
P.O. Box 12535
Berkeley, CA 94712
Telephone Number: (510) 841-4338

13. COURT ORDER
☒ O Appointing Counsel
Date of Order: 10/18/06

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other | | | | | |
| (Rate per hour = $ 92) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour = $ 92) TOTALS: | | | | | |
| 17. Travel Expenses | | | | | |
| 18. Other Expenses | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM ___ TO ___
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | | DATE | | 34a. JUDGE CODE |

**FILED**

**OCT 05 2006**

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICKY LEE COBBS, JR.,<br><br>    Petitioner - Appellant,<br><br>  v.<br><br>TOM L. CAREY, Warden,<br><br>    Respondent - Appellee. | No. 06-16047<br><br>D.C. No. CV-02-01529-MCE/JFM<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: Appellate Commissioner Shaw

Appellant's motion for appointment of counsel in this habeas corpus appeal is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Daniel Broderick, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

S:\MOATT\Cmshords\10.06\nmg\06-16047.wpd

No. 06-16047

The Clerk shall strike the opening brief filed July 17, 2006 and the answering brief filed September 7, 2006.

The replacement opening brief and excerpts of record are due December 6, 2006. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e). The replacement answering brief is due January 5, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)